**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000020
27-APR-2026
08:17 AM
Dkt. 112 ODMR**

NO. CAAP-24-0000020

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RAYLANI F. LUPTON, Petitioner-Appellee, v.
KEITH D. KARDASH, Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DSS-23-0000865)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, and Wadsworth and Guidry, JJ.)

Upon consideration of *Respondent-Appellant's Motion to Vacate Summary Disposition Order Dated April 9, 2026 for Being Premature; Motion to Strike Findings of Fact, Conclusions of Law and Opening, Reply and Answering Briefs; Motion to Consolidate this Case with Psak v. Kardash, CAAP-26-0000316, Psak v. Kardash, CAAP-24-0000818, and Kardash v. Psak, CAAP-24-0000315 to Show the Full Scope of the Judicial Bias, Corruption and Incompetence at Play Here*, filed on April 17, 2026, by self-represented Respondent-Appellant Keith D. Kardash (**Kardash**), which this court construes as a motion for consolidation and for reconsideration under Hawai'i Rules of Appellate Procedure Rule 40, and the records in this appeal and in appellate case numbers CAAP-26-0000316, CAAP-24-0000818, and CAAP-24-0000315, it appears that Kardash fails to demonstrate a point of law or fact that this court overlooked or misapprehended in the April 9, 2026 Summary Disposition Order.

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, April 27, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge